# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Paramount Pictures Corp. et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:19-cv-01156 DSF(PJWx) |
| v. | |
| Omniverse One World Television, Inc. et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

**TRANSFER ORDER DECLINED**

_____       _____
Date                          United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The cases are related only in a superficial sense. There are no common events.

February 21, 2019             [signature: Michael W. Fitzgerald]
Date                          United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:17-cv-07496 MWF(ASx)  and the present case:

☑ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (10/16)         ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05  (Related Cases)