# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PARAMOUNT PICTURES CORP., ET AL. | CASE NUMBER |
|---|---|
| PLAINTIFF(S)/PETITIONER(S) | CV 19-1156 CAS(PJWx) |
| v. | |
| OMNIVERSE ONE WORLD TELEVISION, INC., ET AL. | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 14-03** |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)* :

The undersigned judge holds a financial interest in an interested party.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 14-03.

This self-recusal has been Ordered:
- [✓] within 120 days of the Court being assigned said case.
- [ ] after 120 days of the Court being assigned said case.

February 26, 2019                          *Christine A. Snyder*
Date                                       United States District Judge/Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge __Dolly M. Gee__. On all documents subsequently filed in this case, please substitute the initials __DMG__ after the case number in place of the initials of the prior Judge so that the case number will read: __2:19-cv-01156 DMG (PJWx)__.

This is very important because documents are routed to the assigned Judge by means of the initials.

cc:  [ ] Previous Judge    [ ] Statistics Clerk