UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>OMNIVERSE ONE WORLD TELEVISION, INC.; et al.,<br><br>Defendants. | Case No.: CV 19-1156-DMG (PJWx)<br><br>**ORDER REGARDNG STIPULATION TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) [18]** |

Upon consideration of the Parties' Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 30 Days (L.R. 8-3), and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

[1] the time for Defendants to (1) answer or otherwise respond to the Complaint and (2) file any counterclaims in the above-captioned action shall be, and hereby is, extended to April 10, 2019; and

[2] Defendants will not, in opposing Plaintiffs' anticipated motion for a preliminary injunction, claim prejudice, claim delay, or otherwise rely on the time between Plaintiffs' filing of the Complaint and April 10, 2019.

DATE: March 13, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE