GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
MARK R. YOHALEM (SBN 243596)
Mark.Yohalem@mto.com
ROSE LEDA EHLER (SBN 296523)
Rose.Ehler@mto.com
USHA C. VANCE (SBN 309353)
Usha.Vance@mto.com
ANNE K. CONLEY (SBN 307952)
Anne.Conley@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS. ENTERTAINMENT INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL TELEVISION LLC; and UNIVERSAL CONTENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>OMNIVERSE ONE WORLD TELEVISION, INC.; JASON M. DEMEO,<br><br>Defendants. | Case No. 2:19-cv-01156-DMG-PJW<br><br>**STIPULATION PERMITTING PLAINTIFFS TO SERVE THIRD-PARTY SUBPOENAS PRIOR TO RULE 26(F) CONFERENCE**<br><br>Judge:  Hon. Dolly M. Gee<br>Courtroom: 8C<br>Trial Date: None Set |

WHEREAS, Plaintiffs Paramount Pictures Corporation, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment Inc., Universal City Studios Productions LLLP, Universal Television LLC, and Universal Content Productions LLC (collectively, "Plaintiffs") filed a Complaint against Defendants Omniverse One World Television, Inc. and Jason M. DeMeo (collectively, "Omniverse") on February 14, 2019, which was served on February 17, 2019, *see* Dkts. 14, 15;

WHEREAS, the parties stipulated to extend Omniverse's deadline to answer or otherwise respond to Plaintiffs' Complaint until April 10, 2019, *see* Dkts. 18, 19;

WHEREAS, pursuant to Federal Rule of Civil Procedure 26(d), Plaintiffs may seek discovery prior to the Rule 26(f) conference if, as relevant here, the parties stipulate to such expedited discovery;

WHEREAS, Omniverse has represented that its affirmative defense to Plaintiffs' claims depends on documents in the possession of third parties Hovsat Cable and its owner Shant Hovnanian (collectively, "Hovsat") and DirecTV;

WHEREAS, the parties have met and conferred and agree that service of the attached third-party subpoenas on Hovsat and DirecTV, pursuant to Rule 45, may expedite or facilitate resolution of the litigation;

WHEREAS, Plaintiffs' proposed subpoena directed to Hovsat is attached hereto as Exhibit A, and Plaintiffs' proposed subpoena directed to DirecTV is attached hereto as Exhibit B;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES that at any time prior to the Rule 26(f) conference between the parties, Plaintiffs may serve a subpoena substantively identical to that attached hereto as Exhibit A on Hovsat, and a subpoena substantively identical to that attached hereto as Exhibit B on DirecTV.

1 | DATED:  April 9, 2019          MUNGER, TOLLES & OLSON LLP

2

3 |                               By: */s/ Glenn D. Pomerantz*
                                      GLENN D. POMERANTZ
4 |                                   Attorneys for Plaintiffs

5

6 | DATED:  April 9, 2019          TROJAN LAW OFFICES

7 |                               By: */s/ R. Joseph Trojan*
                                      R. JOSEPH TROJAN
8 |                                   Attorneys for Defendants

9

10

11

12 | **FILER'S ATTESTATION**

13 |        I, Glenn D. Pomerantz, am the ECF user whose identification and password

14 | are being used to file this Stipulation to Extend Time to Respond to Initial

15 | Complaint by Not More than 30 Days.  Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i),

16 | I hereby attest that the above-named signatories concur in and authorize this filing.

17

18 | DATED:  April 9, 2019

19 |                               By: */s/ Glenn D. Pomerantz*
                                      GLENN D. POMERANTZ

20

21

22

23

24

25

26

27

28