1  R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
2  Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
3  Francis Wong, CA Bar No. 284,946
wong@trojanlawoffices.com
4
TROJAN LAW OFFICES
5  9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
6  Telephone: 310-777-8399
7  Facsimile: 310-691-1086
8  Attorneys for Defendants
9  OMNIVERSE ONE WORLD TELEVISION,
INC. and JASON M. DEMEO
10
**UNITED STATES DISTRICT COURT**
11  **CENTRAL DISTRICT OF CALIFORNIA**

12  PARAMOUNT PICTURES
CORPORATION; COLUMBIA
13  PICTURES INDUSTRIES, INC.;
DISNEY ENTERPRISES, INC.;
14  TWENTIETH CENTURY FOX
FILM CORPORATION; WARNER
15  BROS ENTERTAINMENT, INC.;
UNIVERSAL CITY STUDIOS
16  PRODUCTIONS LLLP;
UNIVERSAL TELEVISION LLC;
17  and UNIVERSAL CONTENT
PRODUCTIONS LLC,
18
19                    Plaintiffs,
                v.
20
OMNIVERSE ONE WORLD
21  TELEVISION, INC.; JASON M.
DEMEO,
22
23                    Defendants.
24

CASE NO. 2:19-cv-01156

**DEFENDANTS' NOTICE OF MOTION
AND MOTION:**

**(1) TO SEVER FOR IMPERMISSIBLE
   JOINDER OF PARTY PLAINTIFFS;**

**(2) FOR MORE DEFINITE
   STATEMENT; and,**

**(3) TO STRIKE SCANDALOUS AND
   IMMATERIAL PORTIONS OF THE
   COMPLAINT.**

**Hon. Dolly M. Gee**

Hearing Date: May 24, 2019
Time: 9:30 a.m.
Courtroom: 8C

25
26
27
28

TROJAN LAW OFFICES
BEVERLY HILLS

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 24, 2019 at 9:30 a.m. or as soon thereafter as the matter may be heard by the Hon. Dolly M. Gee in the above-entitled Court, Defendants Omniverse One World Television, Inc. and Jason M. Demeo ("Omniverse") will and hereby do move the Court, pursuant to Federal Rule of Civil Procedure 21, for an order to dismiss all plaintiffs except for the lead plaintiff Paramount Pictures Corporation for impermissive joinder of party plaintiffs on the grounds that Plaintiffs have not stated a right to relief arising out of the same transaction, occurrence, or series of transactions or occurrences.

**PLEASE TAKE FURTHER NOTICE** that at the time and place noted above, Omniverse will and hereby does move the Court, pursuant to Fed. R. Civ. P. 12(e), for an order directing Plaintiffs to file a more definite statement on the ground that Omniverse cannot reasonably frame a responsive pleading.

**PLEASE TAKE FURTHER NOTICE** that at the time and place noted above, Omniverse will and hereby does move the Court, pursuant to Fed. R. of Civil P. 12(f), for an order striking paragraphs 1, 3, 30, and 37 and footnote 1 of paragraph 1 of Plaintiffs' complaint on the grounds that the materials are scandalous and immaterial.

Pursuant to Local Rule 7-3 and the Court's Standing Order, the parties met and conferred in good faith on April 2, 2019.

The Motion is based upon (1) this Notice of Motion and Motion, (2) the accompanying Memorandum of Points and Authorities, (3) the Declaration R. Joseph Trojan and exhibits thereto, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

/////

/////

/////

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

TROJAN LAW OFFICES
by

April 10, 2019

/s/R. Joseph Trojan
R. Joseph Trojan
Attorney for Defendants,
OMNIVERSE ONE WORLD
TELEVISION, INC. and JASON M.
DEMEO

TROJAN LAW OFFICES
BEVERLY HILLS

-2-