**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS. ENTERTAINMENT INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL TELEVISION LLC; and UNIVERSAL CONTENT PRODUCTIONS LLC, <br><br> Plaintiffs, <br> v. <br> OMNIVERSE ONE WORLD TELEVISION, INC.; JASON M. DEMEO, <br><br> Defendants. | CASE NO. 2:19-cv-01156-DMG-PJW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION (1) TO SEVER FOR IMPERMISSIVE JOINDER OF PARTY PLAINTIFFS; (2) FOR MORE DEFINITE STATEMENT; AND (3) TO STRIKE SCANDALOUS AND IMMATERIAL PORTIONS OF THE COMPLAINT** <br><br> **Hon. Dolly M. Gee** <br><br> Hearing Date: May 24, 2019 <br> Time: 9:30 a.m. <br> Courtroom: 8C |

TROJAN LAW OFFICES
BEVERLY HILLS

Before the Court is Defendants OMNIVERSE ONE WORLD TELEVISION, INC. and JASON M. DEMEO's (collectively as "Defendants") motion (1) to sever for impermissive joinder of party plaintiffs; (2) for more definite statement; and (3) to strike scandalous and immaterial portions of the complaint against Plaintiffs PARAMOUNT PICTURES CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS. ENTERTAINMENT INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL TELEVISION LLC; and UNIVERSAL CONTENT PRODUCTIONS LLC (collectively, "Plaintiffs").

Having considered the motion, the opposition, the reply, the arguments therein and the evidence in the record, and for good cause appearing, the Court finds as follows:

The Complaint (ECF No. 1) does not state facts demonstrating how Defendants infringed Plaintiffs' different copyrighted properties, nor the relatedness of Plaintiffs' claims to be joined in one action against Omniverse;

The Complaint is ambiguous regarding whether Defendants allegedly pirated the intellectual property in question, or whether Defendants' marketing activities have merely exceeded the scope of a license agreement, or both;  and

The Complaint's comparisons of Defendants to Dragon Box, an unrelated third-party, are immaterial and cast a derogatory light on Defendants.

**IT IS HEREBY ORDERED THAT:**

Defendants' Motion is **GRANTED**.

The following Plaintiffs are dismissed from the case pursuant to Federal Rule of Civil Procedure 21:

    1. Columbia Pictures Industries, Inc.;

-1-

2. Disney Enterprises, Inc.;
3. Twentieth Century Fox Film Corporation;
4. Warner Bros. Entertainment Inc.;
5. Universal City Studios Productions LLLP;
6. Universal Television LLC; and
7. Universal Content Productions LLC.

Plaintiff Paramount Pictures Corporation must submit an amended complaint providing a more definite statement regarding whether Defendants allegedly pirated the intellectual property at issue, or whether Defendants' marketing activities have exceeded the scope of a license agreement, or both within 10 days of this Order.

All references to Dragon Box, including paragraphs 1, 3, 30, and 37 and footnote 1 of paragraph 1, are to be stricken from the Complaint.

**IT IS SO ORDERED.**

Dated this \_\_\_\_ day of May, 2019

_____
Honorable Dolly M. Gee
United States District Judge

TROJAN LAW OFFICES
BEVERLY HILLS

-2-