R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
Francis Wong, CA Bar No. 284,946
wong@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:   310-691-1086
Attorneys for Defendants
OMNIVERSE ONE WORLD TELEVISION,
INC. and JASON M. DEMEO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS ENTERTAINMENT, INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL TELEVISION LLC; and UNIVERSAL CONTENT PRODUCTIONS LLC, <br><br> Plaintiffs, <br> v. <br> OMNIVERSE ONE WORLD TELEVISION, INC.; JASON M. DEMEO, <br><br> Defendants. | CASE NO. 2:19-cv-01156 <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE SCANDALOUS AND IMMATERIAL PORTIONS OF THE COMPLAINT** <br><br> **Hon. Dolly M. Gee** <br><br> Hearing Date:  May 24, 2019 <br> Time: 9:30 a.m. <br> Courtroom: 8C |

TROJAN LAW OFFICES
BEVERLY HILLS

**REQUEST FOR JUDICIAL NOTICE**

Defendants Omniverse One World Television, Inc. and Jason M. Demeo ("Omniverse"), respectfully submit this request for judicial notice of certain documents that were filed in *Netflix Studios, LLC v. Dragon Media Inc.,* CV 18-230-MWF (AS) before this Court. This request for judicial notice is made in support of Omniverse's motion to strike, under Federal Rule of Civil Procedure 12(e), Plaintiffs' Complaint at paragraphs 1, 3, 30, and 37 and footnote 1 of paragraph 1 on the grounds that the materials are scandalous and immaterial.

Courts may take judicial notice of facts that are "not subject to reasonable dispute" and that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *United States v. Ritchie*, 342 F.3d 903, 907-09 (9th Cir. 2003) (noting that consideration of judicially noticeable matters does not convert "the motion to dismiss into a motion for summary judgment"). Judicial notice is mandatory "if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2); *In re Icenhower*, 755 F.3d 1130, 1142 (9th Cir. 2014).

The Ninth Circuit further teaches that "[Courts] may take judicial notice of undisputed matters of public record, including documents on file in federal or state courts." *Harris v. Cty. of Orange*, 682 F.3d 1126, 1131–32 (9th Cir. 2012) (citations omitted).

Based on the foregoing, Omniverse requests that the Court take judicial notice of the documents on file in the public docket of the United States District Court of the Central District of California for *Netflix Studios, LLC v. Dragon Media Inc.* CV 18-230-MWF (AS), before the Hon. Michael W. Fitzgerald.

In particular, Plaintiffs request judicial notice of the following particular docket entries:

TROJAN LAW OFFICES
BEVERLY HILLS

-1-

1.  **Exhibit A**: Dkt. #1:   Complaint of Plaintiffs Netflix Studios, LLC; Amazon Content Services, LLC, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, and Warner Bros. Entertainment Inc. against Defendants Dragon Media Inc. d/b/a Dragon Box, Paul Christoforo, and Jeff Williams.

2.  **Exhibit B**: Dkt. #59:   Judgment and Permanent Injunction Against Defendant against Defendants Dragon Media Inc., Paul Christoforo, and Jeff Williams.

Respectfully submitted,

TROJAN LAW OFFICES
by

April 10, 2019                     /s/R. Joseph Trojan
                                   R. Joseph Trojan
                                   Attorney for Defendants,
                                   OMNIVERSE ONE WORLD
                                   TELEVISION, INC. and JASON M.
                                   DEMEO

-2-