GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
MELINDA E. LEMOINE (SBN 235670)
Melinda.LeMoine@mto.com
MARK R. YOHALEM (SBN 243596)
Mark.Yohalem@mto.com
ROSE LEDA EHLER (SBN 296523)
Rose.Ehler@mto.com
USHA C. VANCE (SBN 309353)
Usha.Vance@mto.com
ANNE K. CONLEY (SBN 307952)
Anne.Conley@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS. ENTERTAINMENT INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL TELEVISION LLC; and UNIVERSAL CONTENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>OMNIVERSE ONE WORLD TELEVISION, INC.; JASON M. DEMEO,<br><br>Defendants. | Case No. 2:19-cv-01156-DMG-PJWx<br><br>**DECLARATION OF ROSE LEDA EHLER IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION TO REQUEST THAT THE COURT COMPEL MEDIATION**<br><br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C<br><br>Magistrate Judge: Hon. Patrick J. Walsh<br><br>Filed concurrently:<br><br>Plaintiffs' Memorandum in Opposition to Defendants' *Ex Parte* Application to Request that the Court Compel Mediation |

**DECLARATION OF ROSE LEDA EHLER**

I, Rose Leda Ehler, hereby declare:

1. I am an attorney with Munger, Tolles & Olson LLP, counsel for Plaintiffs in the above-captioned matter. I am a member of the California Bar and am admitted to practice before this Court. I submit this declaration in support of Plaintiffs' Memorandum in Opposition to Defendants' *Ex Parte* Application to Request that the Court Compel Mediation. I have knowledge of the matters set forth below based on my direct involvement in this matter and the direct involvement of other lawyers at my firm. If called as a witness, I could and would testify competently to the facts stated herein.

2. Counsel for Defendants in this action told us that Hovsat's owner, Shant Hovnanian, is apparently in Armenia. Court records show that Hovnanian had a default judgment entered against him for over $16 million in civil tax penalties. *United States v. Hovnanian*, Case No. 3:18-cv-15099-AET-LHG, ECF No. 35 (D.N.J. July 25, 2019) (default judgment).

3. Attached as **Exhibit A** are the true and correct copies of discovery responses Defendants served on August 6, 2019, to Plaintiffs' First Set of Requests for Admission and First Set of Interrogatories to Defendant Omniverse.

4. Attached as **Exhibit B** is a true and correct printout of a news article from industry blog "Light Reading" discussing Defendant DeMeo's new service, OSTV Now: https://www.lightreading.com/video/video-services/ostv-now-omniverse-exec-offers-one-stop-shop-for-tv/a/d-id/753420, which was accessed on August 19, 2019.

5. Attached as **Exhibit C** is a true and correct screenshot of Defendant DeMeo's new streaming service OSTV Now's website, https://www.ostvnow.com/, which was accessed on August 20, 2019.

1        6.      Attached as **Exhibit D** is a true and correct screenshot of Defendant DeMeo's personal website, https://www.jasondemeo.com/, which was accessed on August 20, 2019.

      7.      Attached as **Exhibit E** is a true and correct copy of Plaintiffs' email correspondence to Defendants on August 9, 2019, initiating the meet and confer process for a motion to compel under Judge Walsh's procedures.

      8.      Attached as **Exhibit F** is a true and correct copy of email correspondence between Plaintiffs and Defendants regarding Defendants' decision to end settlement negotiations and demand mediation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2019 at Los Angeles, California.

                                    */s/ Rose Leda Ehler*
                                    ROSE LEDA EHLER