KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
ROSE LEDA EHLER (SBN 296523)
Rose.Ehler@mto.com
ANNE K. CONLEY (SBN 307952)
Anne.Conley@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS. ENTERTAINMENT INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL TELEVISION LLC; and UNIVERSAL CONTENT PRODUCTIONS LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>OMNIVERSE ONE WORLD TELEVISION, INC.; JASON M. DEMEO,<br><br>    Defendants. | Case No. 2:19-cv-01156-MWF(ASx)<br><br>**PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Magistrate Judge: Hon. Alka Sagar |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Paramount Pictures Corporation ("Paramount"), Columbia Pictures Industries, Inc. ("Columbia"), Disney Enterprises, Inc. ("Disney"), Twentieth Century Fox Film Corp. ("Fox"), Warner Bros. Entertainment, Inc. ("Warner Bros."), Universal City Studios Productions LLLP, Universal Television LLC, and Universal Content Productions LLC (collectively, "Universal") (collectively, "Plaintiffs") hereby make the following supplemental initial disclosures.

## GENERAL STATEMENT

Plaintiffs' investigation and discovery in this action is continuing, and these disclosures reflect only the current status of their investigation of their claims. Plaintiffs reserve the right to supplement or amend these disclosures as additional information becomes known to them, although Plaintiffs undertake no affirmative obligation to do so beyond any obligations imposed by law.

**I.   Supplemental Documents Initial Disclosures, Rule 26(a)(1)(A)(ii)**

Plaintiffs provide the foregoing supplemental, but non-exhaustive[1], list of Copyrighted Works and corresponding Certificates of Registration for titles, in addition to those identified in Exhibit A to Plaintiffs' Complaint (Dkt. 1) that will be the subject of a damages claim in this litigation:

| Copyrighted Work - Title | Copyright Registration | Plaintiff |
| --- | --- | --- |
| Secret Window | PA 1204652 | Columbia Pictures Industries, Inc. |
| Big Fish | PA 1195955 | Columbia Pictures Industries, Inc. |
| 50 First Dates | PA 1202550 | Columbia Pictures Industries, Inc. |
| 10 Things I Hate About You | PA 931704 | Disney Enterprises, Inc. |
| A Bug's Life | PA 901890 | Disney Enterprises, Inc. |
| Adventures in Babysitting | PA 327701 | Disney Enterprises, Inc. |
| Agents of S.H.I.E.L.D - 1.1 Pilot | PAU 3700228 | Disney Enterprises, Inc. |
| American Housewife (Enemies: An Otto Story) | PA 2157529 | Disney Enterprises, Inc. |

---

[1] This list of Works is not exhaustive and Plaintiffs reserve their rights to supplement the list of works after further investigation and discovery.

| | | |
|---|---|---|
| Beauty and the Beast | PA 542647 | Disney Enterprises, Inc. |
| Black-ish (Wilds of Valley Glen) | PA 2166940 | Disney Enterprises, Inc. |
| Black-ish (Black Like Us) | PA 2171631 | Disney Enterprises, Inc. |
| Black-ish (Waltz in a Minor) | PA 2179570 | Disney Enterprises, Inc. |
| Black-ish (Stand Up, Fall Down) | PA 2167354 | Disney Enterprises, Inc. |
| Black-ish (Dreamgirls and Boys) | PA 2176659 | Disney Enterprises, Inc. |
| Cinderella | L 2819; PA 1936883 | Disney Enterprises, Inc. |
| Con Air | PA 839644 | Disney Enterprises, Inc. |
| Cool Runnings | PA 644591 | Disney Enterprises, Inc. |
| Deja Vu | PA 1341309 | Disney Enterprises, Inc. |
| Enchanted | PA 1595126 | Disney Enterprises, Inc. |
| Enemy of the State | PA 901888 | Disney Enterprises, Inc. |
| Finding Dory | PA 1994819 | Disney Enterprises, Inc. |
| Finding Nemo | PA 1146502 | Disney Enterprises, Inc. |
| Game Plan, The | PA 1595275 | Disney Enterprises, Inc. |
| Grey's Anatomy (Shelter from the Storm) | PA 2171630 | Disney Enterprises, Inc. |
| Grey's Anatomy (Help I'm Alive)) | PA 2179591 | Disney Enterprises, Inc. |
| Grey's Anatomy (The Winner Takes It All) | PA 2175208 | Disney Enterprises, Inc. |
| Grey's Anatomy (Girlfriend in a Coma) | PA 2175207 | Disney Enterprises, Inc. |
| Grey's Anatomy (I Walk the Line) | PA 2176660 | Disney Enterprises, Inc. |
| Herbie Fully Loaded | PA 1267122 | Disney Enterprises, Inc. |
| How to Get Away with Murder (He Betrayed Us) | PA 2171632 | Disney Enterprises, Inc. |
| How to Get Away with Murder (Don't Go Dark On Me) | PA 2179585 | Disney Enterprises, Inc. |
| How to Get Away with Murder (Be the Martyr) | PA 2175212 | Disney Enterprises, Inc. |
| How to Get Away with Murder (We Know Everything) | PA 2180244 | Disney Enterprises, Inc. |
| How to Get Away with Murder (Where Are Your Parents) | PA 2176661 | Disney Enterprises, Inc. |
| John Carter | PA 1780295 | Disney Enterprises, Inc. |
| Jungle Book, The (2016) | PA 1988129 | Disney Enterprises, Inc. |
| King Arthur | PA 1233737 | Disney Enterprises, Inc. |
| Maleficent | PA 1899203 | Disney Enterprises, Inc. |
| McFarland, USA | PA 1934603 | Disney Enterprises, Inc. |
| Miracle | PA 1213726 | Disney Enterprises, Inc. |
| Monsters, Inc. | PA 1038178 | Disney Enterprises, Inc. |
| National Treasure | PA 1250540 | Disney Enterprises, Inc. |

| | | |
|---|---|---|
| National Treasure: Book of Secrets | PA 1597790 | Disney Enterprises, Inc. |
| Pearl Harbor | PA 1037477 | Disney Enterprises, Inc. |
| Pretty Woman | PA 454810 | Disney Enterprises, Inc. |
| Ratatouille | PA 1354935 | Disney Enterprises, Inc. |
| Remember the Titans | PA 955468 | Disney Enterprises, Inc. |
| Sweet Home Alabama | PA 1080536 | Disney Enterprises, Inc. |
| Tarzan | PA 939561 | Disney Enterprises, Inc. |
| The Good Dinosaur | PA 1969623 | Disney Enterprises, Inc. |
| The Jungle Book | Lp 34804 | Disney Enterprises, Inc. |
| The Kids are Alright (The Love List) | PA 2166946 | Disney Enterprises, Inc. |
| The Kids are Alright (Show Boat) | PA 2171629 | Disney Enterprises, Inc. |
| The Kids are Alright (Mailbox) | PA 2179580 | Disney Enterprises, Inc. |
| The Kids are Alright (Boxing) | PA 2164500 | Disney Enterprises, Inc. |
| The Lion King | PA 659979 | Disney Enterprises, Inc. |
| The Parent Trap | Lp 19429; PA 895669 | Disney Enterprises, Inc. |
| The Princess Diaries | PA 1038174 | Disney Enterprises, Inc. |
| The Rock | PA 792627 | Disney Enterprises, Inc. |
| The Rookie (2002) | PA 1081073 | Disney Enterprises, Inc. |
| The Village | PA 1233786 | Disney Enterprises, Inc. |
| The Waterboy | PA 901827 | Disney Enterprises, Inc. |
| Toy Story | PA 765713 | Disney Enterprises, Inc. |
| Toy Story 2 | PA 959870 | Disney Enterprises, Inc. |
| Toy Story 3 | PA 1688323 | Disney Enterprises, Inc. |
| Unbreakable | PA 1004607 | Disney Enterprises, Inc. |
| What About Bob? | PA 518554 | Disney Enterprises, Inc. |
| DEAD MAN ON CAMPUS | PA 932640 | Paramount Pictures Corporation |
| INTO THE WILD | PA 3334927 | Paramount Pictures Corporation |
| ITALIAN JOB, THE (2003) | PA 1226857 | Paramount Pictures Corporation |
| MEAN GIRLS | PA 1233942 | Paramount Pictures Corporation |
| VANILLA SKY | PA 1079397 | Paramount Pictures Corporation |
| 127 Hours | PA 1705419 | Twentieth Century Fox Film Corporation |
| 9-1-1 (Buck, Actually) | PA 2-164-731 | Twentieth Century Fox Film Corporation |
| Abraham Lincoln: Vampire Hunter | PA 1791872 | Twentieth Century Fox Film Corporation |
| All About Eve | Lp 572; R 680834 | Twentieth Century Fox Film Corporation |
| Alvin and the Chipmunks | PA 1590098 | Twentieth Century Fox Film Corporation |
| Alvin And The Chipmunks: Chipwrecked | PA 1762300 | Twentieth Century Fox Film Corporation |
| Anastasia | PA 839706; LP 7358; RE 205212 | Twentieth Century Fox Film Corporation |
| Avatar | PA 1395488 | Twentieth Century Fox Film Corporation |
| Black Swan | PA 1709015 | Twentieth Century Fox Film Corporation |

| | | |
|---|---|---|
| Bob's Burgers (The Helen Hunt) | PA 2178499 | Twentieth Century Fox Film Corporation |
| Bob's Burgers (Live and Let Fly) | PA 2165321 | Twentieth Century Fox Film Corporation |
| Bob's Burgers (UFO No You Didn't) | PA 2166321 | Twentieth Century Fox Film Corporation |
| Bob's Burgers (Bed, Bob & Beyond) | PA 2175172 | Twentieth Century Fox Film Corporation |
| Bride Wars | PA 1614824 | Twentieth Century Fox Film Corporation |
| Brooklyn | PA 1961804 | Twentieth Century Fox Film Corporation |
| Cast Away | PA 1004609 | Twentieth Century Fox Film Corporation |
| Chasing Mavericks | PA 1810216 | Twentieth Century Fox Film Corporation |
| Cheaper By The Dozen 2 | PA 1276501 | Twentieth Century Fox Film Corporation |
| Date Night | PA 1669165 | Twentieth Century Fox Film Corporation |
| Elektra | PA 1253621 | Twentieth Century Fox Film Corporation |
| Family Guy (Trump Guy) | PA 2178526 | Twentieth Century Fox Film Corporation |
| Family Guy (Send in Stewie, Please) | PA 2106779 | Twentieth Century Fox Film Corporation |
| Family Guy (Bri, Robot) | PA 2175171 | Twentieth Century Fox Film Corporation |
| Fresh Off the Boat (You've Got a Girlfriend) | PA 2178467 | Twentieth Century Fox Film Corporation |
| Home Alone 2: Lost In New York | PA 589187 | Twentieth Century Fox Film Corporation |
| Ice Age | PA 1072377 | Twentieth Century Fox Film Corporation |
| Ice Age: Continental Drift | PA 1793948 | Twentieth Century Fox Film Corporation |
| Ice Age: Dawn of the Dinosaurs | PA 1632003 | Twentieth Century Fox Film Corporation |
| John Tucker Must Die | PA 1322812 | Twentieth Century Fox Film Corporation |
| Kingsman: The Secret Service | PA 1932938 | Twentieth Century Fox Film Corporation |
| Knight and Day | PA 1681723 | Twentieth Century Fox Film Corporation |
| Me, Myself & Irene | PA 974012 | Twentieth Century Fox Film Corporation |
| Modern Family (A Moving Day) | PA 2-178-655 | Twentieth Century Fox Film Corporation |
| Modern Family (On the Same Paige) | PA 2-164-544 | Twentieth Century Fox Film Corporation |
| Modern Family (Blasts from the Past) | PA 2-171-150 | Twentieth Century Fox Film Corporation |
| Modern Family (Whanex) | PA 2-171-149 | Twentieth Century Fox Film Corporation |
| Modern Family (We Need to Talk About Lily) | PA 2-175-188 | Twentieth Century Fox Film Corporation |
| Mr. Popper's Penguins | PA 1736596 | Twentieth Century Fox Film Corporation |
| Mrs. Doubtfire | PA 659012; PA 659812 | Twentieth Century Fox Film Corporation |
| Napoleon Dynamite | PA 1222516 | Twentieth Century Fox Film Corporation |
| Never Been Kissed | PA 927303 | Twentieth Century Fox Film Corporation |
| Planet Of The Apes | LP 35407; PA 1039744; RE 707603 | Twentieth Century Fox Film Corporation |
| Predators | PA 1683294 | Twentieth Century Fox Film Corporation |
| Shallow Hal | PA 1059052 | Twentieth Century Fox Film Corporation |

| Speed | PA 693038 | Twentieth Century Fox Film Corporation |
|---|---|---|
| Super Troopers | PA 1038292 | Twentieth Century Fox Film Corporation |
| The Abyss | PA 423008 | Twentieth Century Fox Film Corporation |
| The A-Team | PA 1679727 | Twentieth Century Fox Film Corporation |
| The French Connection | LP 40443; RE 812429 | Twentieth Century Fox Film Corporation |
| The Happening | PA 1597862 | Twentieth Century Fox Film Corporation |
| The Heat | PA 1846168 | Twentieth Century Fox Film Corporation |
| The Martian | PA 1958485 | Twentieth Century Fox Film Corporation |
| The Orville (Home) | PA 2178662 | Twentieth Century Fox Film Corporation |
| The Resident (The Dance) | PA 2166333 | Twentieth Century Fox Film Corporation |
| The Ringer | PA 1267460 | Twentieth Century Fox Film Corporation |
| The Simpsons (The Girl on the Bus) | PA 2170646 | Twentieth Century Fox Film Corporation |
| The Simpsons (Tree House of Horror XXIX) | PA 2165406 | Twentieth Century Fox Film Corporation |
| The Simpsons (Werking Mom) | PA 2165852 | Twentieth Century Fox Film Corporation |
| The Simpsons (I'm Dancing as Fat as I Can) | PA 2186695 | Twentieth Century Fox Film Corporation |
| The Wolverine | PA 1849998 | Twentieth Century Fox Film Corporation |
| There's Something About Mary | PA 799034 | Twentieth Century Fox Film Corporation |
| This Means War | PA 1773403 | Twentieth Century Fox Film Corporation |
| Waiting To Exhale | PA 670807 | Twentieth Century Fox Film Corporation |
| Walk The Line | PA 1267306 | Twentieth Century Fox Film Corporation |
| Wall Street | PA 349001 | Twentieth Century Fox Film Corporation |
| Working Girl | PA 399471 | Twentieth Century Fox Film Corporation |
| X-Men Origins: Wolverine | PA 1624736 | Twentieth Century Fox Film Corporation |
| X-Men: Apocalypse | PA 1990291 | Twentieth Century Fox Film Corporation |
| X-Men: Days Of Future Past | PA 1895709 | Twentieth Century Fox Film Corporation |
| Young Frankenstein | LP 44007 | Twentieth Century Fox Film Corporation |
| The Magicians (A Flock of Lost Birds) | PA 2171872 | Universal Content Productions LLC |
| The Magicians (Lost, Found, Fucked) | PA 2178128 | Universal Content Productions LLC |
| The Magicians (The Bad News Bear) | PA 2186727 | Universal Content Productions LLC |
| The Magicians (Marry Fuck Kill) | PA 2186731 | Universal Content Productions LLC |
| The Magicians (Escape from the Happy Place) | PA 2186733 | Universal Content Productions LLC |
| The Magicians (A Timeline and Place) | PA 2186735 | Universal Content Productions LLC |
| The Magicians (The Side Effect) | PA 2181542 | Universal Content Productions LLC |
| The Magicians (Home Improvement) | PA 2186090 | Universal Content Productions LLC |
| The Magicians (The Serpent) | PA 2186780 | Universal Content Productions LLC |
| The Magicians (All that Hard Glossy Armor) | PA 2188149 | Universal Content Productions LLC |

| Title | Reg. No. | Claimant |
|---|---|---|
| The Magicians (The 4-1-1) | PA 2182279 | Universal Content Productions LLC |
| The Magicians (The Secret Sea) | PA 2193470 | Universal Content Productions LLC |
| The Magicians (No Better to be Safe Than Sorry) | PA 2189704 | Universal Content Productions LLC |
| Happy! (The War on Easter) | PA 2182272 | Universal Content Productions LLC |
| Happy! (Tallahassee) | PA 2190303 | Universal Content Productions LLC |
| Happy! (Some Girls Need a Lot of Repenting) | PA 2190307 | Universal Content Productions LLC |
| Happy! (Blitzkrieg!!!) | PA 2193450 | Universal Content Productions LLC |
| Happy! (19 Hours and 13 Minutes) | PA 2189717 | Universal Content Productions LLC |
| A.P. Bio (Happiness) | PA 2186094 | Universal Television LLC |
| A.P. Bio (Nuns) | PA 2186096 | Universal Television LLC |
| A.P. Bio (Wednesday Morning, 8am) | PA 2186657 | Universal Television LLC |
| A.P. Bio (Toledo's Top 100) | PA 2186659 | Universal Television LLC |
| A.P. Bio (J'Accuse) | PA 2182249 | Universal Television LLC |
| A.P. Bio (Melvin) | PA 2193481 | Universal Television LLC |
| A.P. Bio (Personal Everest) | PA 2189706 | Universal Television LLC |
| A.P. Bio (Sweet Low Road) | PA 2189710 | Universal Television LLC |
| Brooklyn Nine-Nine (Honeymoon) | PA 2165619 | Universal Television LLC |
| Brooklyn Nine-Nine (Hitchcock & Scully) | PA 2171873 | Universal Television LLC |
| Brooklyn Nine-Nine (The Tattler) | PA 2171875 | Universal Television LLC |
| Brooklyn Nine-Nine (Four Movements) | PA 2178125 | Universal Television LLC |
| Brooklyn Nine-Nine (A Tale of Two Bandits) | PA 2186303 | Universal Television LLC |
| Brooklyn Nine-Nine (The Crime Scene) | PA 2186285 | Universal Television LLC |
| Brooklyn Nine-Nine (The Honeypot) | PA 2186300 | Universal Television LLC |
| Brooklyn Nine-Nine (He Said, She Said) | PA 2186053 | Universal Television LLC |
| Brooklyn Nine-Nine (The Golden Child) | PA 2186052 | Universal Television LLC |
| Brooklyn Nine-Nine (Gintars) | PA 2186699 | Universal Television LLC |
| Brooklyn Nine-Nine (The Therapist) | PA 2186702 | Universal Television LLC |
| Brooklyn Nine-Nine (The Bimbo) | PA 2193485 | Universal Television LLC |
| Brooklyn Nine-Nine (Ticking Clocks) | PA 2193736 | Universal Television LLC |
| Chicago Med (All the Lonely People) | PA 2165631 | Universal Television LLC |
| Chicago Med (Who Can You Trust) | PA 2177818 | Universal Television LLC |
| Chicago Med (The Things We do) | PA 2168330 | Universal Television LLC |
| Chicago Med (Ghosts in the Attic) | PA 2178196 | Universal Television LLC |
| Chicago Med (Can't Unring That Bell) | PA 2178193 | Universal Television LLC |
| Chicago Med (We Hold These Truths) | PA 2186311 | Universal Television LLC |
| Chicago Med (Old Flames, New Sparks) | PA 2183668 | Universal Television LLC |
| Chicago Med (The Space Between Us) | PA 2188155 | Universal Television LLC |
| Chicago Med (Tell Me The Truth) | PA 2190332 | Universal Television LLC |

| | | |
|---|---|---|
| Chicago Med (PA 2189409) | PA 2189409 | Universal Television LLC |
| Chicago PD (Brotherhood) | PA 2165632 | Universal Television LLC |
| Chicago PD (Trust) | PA 2172537 | Universal Television LLC |
| Chicago PD (Outrage) | PA 2168332 | Universal Television LLC |
| Chicago PD (Night in Chicago) | PA 2178198 | Universal Television LLC |
| Chicago PD (Ties that Bind) | PA 2178207 | Universal Television LLC |
| Chicago PD (Good men) | PA 2186315 | Universal Television LLC |
| Chicago PD (The Forgotten) | PA 2181540 | Universal Television LLC |
| Chicago PD (Pain Killer) | PA 2188157 | Universal Television LLC |
| Chicago PD (This City) | PA 2190327 | Universal Television LLC |
| Chicago PD (What could have been) | PA 2189411 | Universal Television LLC |
| Law & Order SVU (Plastic) | PA 2178129 | Universal Television LLC |
| Law & Order SVU (Dear Ben) | PA 2172536 | Universal Television LLC |
| Law & Order SVU (A Story of More Woe) | PA 2178178 | Universal Television LLC |
| Law & Order SVU (Part 33) | PA 2176314 | Universal Television LLC |
| Law & Order SVU (Brothel) | PA 2178184 | Universal Television LLC |
| Law & Order SVU (Facing Demons) | PA 2186313 | Universal Television LLC |
| Law & Order SVU (Missing) | PA 2182278 | Universal Television LLC |
| Law & Order SVU (Blackout) | PA 2188154 | Universal Television LLC |
| Law & Order SVU (Dearly Beloved) | PA 2190326 | Universal Television LLC |
| Law & Order SVU (The Good Girl) | PA 2193471 | Universal Television LLC |
| Law & Order SVU (Exchange) | PA 2193742 | Universal Television LLC |
| Dial M For Murder | Lp 4758; RE 131472 | Warner Bros. Entertainment Inc. |
| Eraser | PA 799992 | Warner Bros. Entertainment Inc. |
| Eyes Wide Shut | PA 965429 | Warner Bros. Entertainment Inc. |
| Fool's Gold | PA 1596069 | Warner Bros. Entertainment Inc. |
| Selena | PA 873082 | Warner Bros. Entertainment Inc. |
| Sudden Impact | PA 223159 | Warner Bros. Entertainment Inc. |
| The Enforcer | Lp 46851; RE 907075 | Warner Bros. Entertainment Inc. |
| The Hudsucker Proxy | PA 694861 | Warner Bros. Entertainment Inc. |
| The Music Man | Lp 27116; RE 434244 | Warner Bros. Entertainment Inc. |
| American Sniper | PA 1926861 | Warner Bros. Entertainment Inc. |
| Arrow (Series) Various | PA 1397684 | Warner Bros. Entertainment Inc. |
| August Rush | PA 1593195 | Warner Bros. Entertainment Inc. |
| Conspiracy Theory | PA 971872 | Warner Bros. Entertainment Inc. |
| Grumpier Old Men | PA 782251 | Warner Bros. Entertainment Inc. |
| Harry Potter and the Deathly Hallows: Part 2 | PA 1742099 | Warner Bros. Entertainment Inc. |
| Harry Potter and The Sorcerer's Stone | PA 1063646 | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| Horrible Bosses | PA 1397259 | Warner Bros. Entertainment Inc. |
| Lethal Weapon | PA 324855 | Warner Bros. Entertainment Inc. |
| Lost Boys | PA 368567 | Warner Bros. Entertainment Inc. |
| Man Of Steel | PA 1850644 | Warner Bros. Entertainment Inc. |
| Outbreak | PA 699272 | Warner Bros. Entertainment Inc. |
| San Andreas | PA 1946168 | Warner Bros. Entertainment Inc. |
| Space Jam | PA 813952 | Warner Bros. Entertainment Inc. |
| The Avengers | PA 898024 | Warner Bros. Entertainment Inc. |
| The Bucket List | PA 1594788 | Warner Bros. Entertainment Inc. |
| The Campaign | PA 1820599 | Warner Bros. Entertainment Inc. |
| The Color Purple | PA 290480 | Warner Bros. Entertainment Inc. |
| The Fugitive | PA 659535 | Warner Bros. Entertainment Inc. |
| The Goonies | PA 262378 | Warner Bros. Entertainment Inc. |
| The Intern | PA 1956935 | Warner Bros. Entertainment Inc. |
| The Last Samurai | PA 1195970 | Warner Bros. Entertainment Inc. |
| The Rookie (1990) | PA 492387 | Warner Bros. Entertainment Inc. |
| Trouble with the Curve | PA 1829355 | Warner Bros. Entertainment Inc. |
| U.S. Marshals | PA 879253 | Warner Bros. Entertainment Inc. |
| We Are Marshall | PA 1336625 | Warner Bros. Entertainment Inc. |
| We're the Millers | PA 1865101 | Warner Bros. Entertainment Inc. |
| What's Up, Doc? | Lp 41792 | Warner Bros. Entertainment Inc. |
| Batman v. Superman: Dawn of Justice | PA 1981624 | Warner Bros. Entertainment Inc. |

## II.     Supplemental Damages Initial Disclosures—Rule 26(a)(1)(A)(iii)

In addition to injunctive relief, Plaintiffs seek to recover: (1) Omniverse's profits, or statutory damages if so elected, resulting from Omniverse's copyright infringement, to the full extent provided for by 17 U.S.C. § 504; and (2) their costs and attorneys' fees and expenses incurred in this matter pursuant to 17 U.S.C. § 505, as well as prejudgment interest.

To the extent Plaintiffs' seek to recover statutory damages, the amount will be set by the jury, but subject to the statutory per-work range of $750 – $30,000 if the infringement is not willful and $750 – $150,000 if the infringement is found to be willful. 17 U.S.C. § 504(c)(1)-(2). The range of potential statutory damages is therefore $228,000 (304 Works <u>multiplied by</u> $750) to $45,600,000 (304 Works <u>multiplied by</u> $150,000).

Computation of damages in the form of profits will be the subject of expert testimony, and Plaintiffs will make appropriate expert disclosures in accordance with Fed. R. Civ. P. 26(a)(2) and other local rules and/or Court orders.  The amount of Plaintiffs' costs and attorneys' fees is not yet known because they continue to incur costs and fees.

DATED:  October 23, 2019                    MUNGER, TOLLES & OLSON LLP


                                            By:  */s/ Rose Leda Ehler*
                                                 ROSE LEDA EHLER
                                                 Attorneys for Planitffs

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071-3426.

On October 23, 2019, I served true copies of the following document described as Plaintiffs' Supplemental Rule 26(a)(1) Initial Disclosures on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address cynthia.soden@mto.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 23, 2019, at Los Angeles, California.

                                       */s/ Cynthia Soden*
                                       Cynthia Soden

# SERVICE LIST

R. Joseph Trojan
trojan@trojanlawoffices.com
Dylan C. Dang
dang@trojanlawoffices.com
Francis Wong
wong@trojanlawoffices.com
John David Roehrick
roehrick@trojanlawoffices.com
Trojan Law Offices
9250 Wilshire Blvd. Suite 325
Beverly Hills, CA 90212
Tel: 310-777-8399

*Attorneys for Defendant Omniverse One World Television, Inc.*

Stephen D. Milbrath
smilbrath@byrdcampbell.com
Alyson Gildner
agildner@byrdcampbell.com
Byrd Campbell PA
180 Park Ave. N. Suite 2A
Winter Park, FL 32789
Tel: 407-392-2285