R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
Francis Wong, CA Bar No. 284,946
wong@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:   310-777-8348

STEPHEN D. MILBRATH (*pro hac vice*)
smilbrath@byrdcampbell.com
BYRD CAMPBELL, P.A.
180 N. Park Avenue, Suite 2A
Winter Park, FL, 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286

Attorneys for Defendants and Third-Party Plaintiff

GLENN POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
MARK R. YOHALEM (SBN 243596)
Mark.Yohalem@mto.com
ROSE LEDA EHLER (SBN 296523)
Rose.Ehler@mto.com
USHA C. VANCE (SBN 309353)
Usha.Vance@mto.com
ANNE K. CONLEY (SBN 307952)
Anne.Conley@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS. ENTERTAINMENT INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL TELEVISION LLC; and UNIVERSAL CONTENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>OMNIVERSE ONE WORLD TELEVISION, INC.; JASON M. DEMEO,<br><br>Defendants.<br><br>AND RELATED THIRD-PARTY CLAIMS | Case No. 2:19-cv-01156-MWF-ASx<br><br>**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br><br>Judge: Hon. Michael W. Fitzgerald |

TROJAN LAW OFFICES
BEVERLY HILLS

## **STIPULATION**

WHEREAS, Plaintiffs Paramount Pictures Corporation, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment Inc., Universal City Studios Productions LLLP, Universal Television LLC, and Universal Content Productions LLC (collectively, "Plaintiffs") brought this action alleging copyright infringement against Omniverse One World Television, Inc. and Jason M. Demeo (collectively, "Defendants"),

WHEREAS, Plaintiffs contend Defendants knowingly and willfully transmitted Plaintiffs' copyrighted works to customers and induced and contributed to other downstream services copying and transmitting Plaintiffs' works to customers, infringing Plaintiffs' exclusive rights under 17 U.S.C. § 106;

WHEREAS, Defendants deny liability and have filed a third-party complaint against certain third-party defendants.

WHEREAS, it is in the interest of justice that a judgment be entered forthwith herein on the claims against Defendants without adjudicating the claims in the Third-Party Complaint, pursuant to Rule 54 (b), Federal Rules of Civil Procedure, there being no just reason for delay.

Plaintiffs and Defendants, by and through their undersigned counsel, have therefore stipulated and agreed to the entry of Judgment and a Permanent Injunction against Defendants, all of their agents, servants, and employees, and all persons in active concert or participation or in privity with any of them according to the following terms:

1.      For the purposes of this Judgment and Permanent Injunction against Defendants, the following definitions shall apply:

(a)     "Omniverse service" shall refer to Defendants' delivery, and/or the delivery by affiliates and/or third-parties at Defendants' direction, of audio-visual copyrighted content to direct-to-consumer services, white label providers, affiliates, resellers, and end users, for streaming, copying, recording, storing, or any other use

STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION

TROJAN LAW OFFICES
BEVERLY HILLS

of such content, as well as all related hardware, software, middleware or services that Defendants marketed, promoted, sold, delivered, supported and/or utilized for this delivery, including but not limited to those services marketed as "Powered by Omniverse," Omniverse, OmniBox TV, and OmniGo.

      (b)    "Copyrighted Works" shall mean all copyrighted works (and any portions thereof) in which the Plaintiffs, individually or jointly, (or any parent, subsidiary, or affiliate of any of the Plaintiffs) owns or controls an exclusive right under the United States Copyright Act, 17 U.S.C. §§ 101 et seq.

      2.    Judgment shall be entered against Defendants and in favor of Plaintiffs on Plaintiffs' claims of copyright infringement, and damages shall be awarded to Plaintiffs in the amount of $50 Million Dollars.

## PERMANENT INJUNCTION

Defendants, any affiliated companies, and all of their officers, directors, agents, servants, employees, and attorneys, and such other persons who are in active concert or participation or in privity with any of them:

      (a)    Shall be permanently restrained and enjoined from infringing, by any means, directly or indirectly, any exclusive rights under the Copyright Act in the Copyrighted Works.

      (b)    Shall cease all operation of the Omniverse service and shutdown the Omniverse service entirely within five (5) days of entry of this Stipulated Judgment and Permanent Injunction.

      (c)    Shall be further enjoined from operating any website, system, software, or service that is substantially similar to the Omniverse service.

      (d)    Shall not directly or indirectly take any additional steps to release publicly, distribute, transfer, or give any source code, object code, other technology, domain names, trademarks, brands, assets or goodwill in any way related to the Omniverse service.

TROJAN LAW OFFICES
BEVERLY HILLS

3.    This Permanent Injunction shall not apply to any uses of the Copyrighted Works for which Defendants have obtained a written license from the appropriate entity that owns or controls the rights to such work, for the use of the work at issue, to the extent the license remains in force and valid.

4.    Defendants irrevocably and fully waive notice of entry of the Judgment and Permanent Injunction, and notice and service of the entered Judgment and Permanent Injunction, and understand and agree that violation of the Judgment and Permanent Injunction will expose Defendant to all penalties provided by law, including contempt of Court.

5.    Defendants agree forthwith to give notice of this Judgment and Permanent Injunction to each of their officers, directors, agents, servants, employees, assigns, partners, owners, alter egos, affiliates, all entities through which they conduct business, representatives, successors, licensees, and all those acting in concert or participation with each or any of them.

6.    Defendants consent to the continuing jurisdiction of the Court for purposes of enforcement of the Judgment and Permanent Injunction, and irrevocably and fully waive and relinquish any argument that venue or jurisdiction by this Court is improper or inconvenient.  The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing the final Judgment and Permanent Injunction.

7.    Defendants irrevocably and fully waive any and all right to appeal the Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

8.    Nothing contained in the Judgment and Permanent Injunction shall limit the right of any Plaintiff to recover damages for any and all infringements by Defendants of any Copyrighted Works occurring after the date the Defendants execute this Stipulation and Judgment and Permanent Injunction.

TROJAN LAW OFFICES
BEVERLY HILLS

9.     Defendants acknowledge that they have read this Stipulation and Judgment and Permanent Injunction and have had it explained by counsel of their choosing, and fully understand it and agree to be bound thereby, and will not deny the truth or accuracy of any term or provision herein.

10.     Plaintiffs shall not be required to post any bond or security, and Defendants permanently, irrevocably, and fully waive any right to request a bond or any other security.

Based on the foregoing, it is hereby stipulated by and between the parties to this action, through their counsel, that the Court enter a Judgment and Permanent Injunction.

**SO STIPULATED.**

///

///

///

///

DATED:  November 12, 2019          MUNGER, TOLLES & OLSON LLP

By: */s/ Rose Leda Ehler*
_____
ROSE LEDA EHLER
Attorneys for Plaintiffs

DATED:  November 12, 2019          BYRD CAMPBELL, P.A.

By: */s/ Stephen D. Milbrath*
_____
STEPHEN D. MILBRATH (*pro hac vice*)
Attorneys for Defendants

TROJAN LAW OFFICES
BEVERLY HILLS

-5-                    Case No. 2:19-cv-01156-MWF-ASx
STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION

# **FILER'S ATTESTATION**

I, Rose Leda Ehler, am the ECF user whose identification and password are being used to file this Stipulated Judgment and Permanent Injunction.  Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the above-named signatories concur in and authorize this filing.

DATED:  November 12, 2019

By: */s/ Rose Leda Ehler*

ROSE LEDA EHLER

TROJAN LAW OFFICES
BEVERLY HILLS

STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION