1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS. ENTERTAINMENT INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL TELEVISION LLC; and UNIVERSAL CONTENT PRODUCTIONS LLC,<br>　　　　Plaintiffs,<br><br>　vs.<br><br>OMNIVERSE ONE WORLD TELEVISION, INC.; JASON M. DEMEO,<br>　　　　Defendants. | Case No. 2:19-cv-01156-MWF-ASx<br><br>[PROPOSED] JUDGMENT |
| AND RELATED THIRD-PARTY CLAIMS | |

Plaintiffs Paramount Pictures Corporation, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment Inc., Universal City Studios Productions LLLP, Universal Television LLC, and Universal Content Productions LLC (collectively, "Plaintiffs") brought this action alleging copyright infringement against Omniverse One World Television, Inc. and Jason M. Demeo (collectively, "Defendants"), on February 14, 2019. Plaintiffs and Defendants have stipulated to judgment and a permanent injunction.

IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

[1]   Judgment is entered for Plaintiffs and against Defendants on the Causes of Action in Plaintiffs' Complaint.

[2]   Damages are awarded in favor of Plaintiffs and against Defendants, jointly and severally, in the total amount of fifty million dollars ($50 million).

[3]   A Permanent Injunction is entered against Defendants by separate Order.

**IT IS SO ORDERED**

DATED: _____

_____
The Honorable Michael W. Fitzgerald
United States District Judge