UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS. ENTERTAINMENT INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL TELEVISION LLC; and UNIVERSAL CONTENT PRODUCTIONS LLC,<br>            Plaintiffs,<br><br>    vs.<br><br>OMNIVERSE ONE WORLD TELEVISION, INC.; JASON M. DEMEO,<br>            Defendants. | Case No. 2:19-cv-01156-MWF-ASx<br><br>[PROPOSED] PERMANENT INJUNCTION |

AND RELATED THIRD-PARTY CLAIMS

Plaintiffs Paramount Pictures Corporation, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment Inc., Universal City Studios Productions LLLP, Universal Television LLC, and Universal Content Productions LLC (collectively, "Plaintiffs") are entitled to a Permanent Injunction against Defendants Omniverse One World Television, Inc. and Jason M. Demeo, and all of their officers, directors, agents, servants, and employees, and all persons in active concert or participation or in privity with any of them (collectively, "Defendants").

Defendants are hereby RESTRAINED and ENJOINED as follows:

1. The following definitions shall apply:

(a) "Omniverse service" shall refer to Defendants' delivery, and/or the delivery by affiliates and/or third-parties at Defendants' direction, of audio-visual copyrighted content to direct-to-consumer services, white label providers, affiliates, resellers, and end users, for streaming, copying, recording, storing, or any other use of such content, as well as all related hardware, software, middleware or services that Defendants marketed, promoted, sold, delivered, supported and/or utilized for this delivery, including but not limited to, those services marketed as "Powered by Omniverse," Omniverse, OmniBox TV, and OmniGo.

(b) "Copyrighted Works" shall mean all copyrighted works (and any portions thereof) in which the Plaintiffs, individually or jointly, (or any parent, subsidiary, or affiliate of any of the Plaintiffs) owns or controls an exclusive right under the United States Copyright Act, 17 U.S.C. §§ 101 et seq.

2. Defendants shall not at any time on or after the entry of this Permanent Injunction:

(a) infringe, by any means, directly or indirectly, any exclusive rights under the Copyright Act in the Copyrighted Works.

(b) operate any website, system, software, or service that is substantially similar to the Omniverse service.

-2-

      (c)    directly or indirectly take any additional steps to release publicly, distribute, transfer, or give any source code, object code, other technology, domain names, trademarks, brands, assets or goodwill in any way related to the Omniverse service.

      3.    The Court retains jurisdiction to enforce the terms of this Permanent Injunction and the Parties' Settlement Agreement.

**IT IS SO ORDERED**

DATED: _____

_____
The Honorable Michael W. Fitzgerald
United States District Judge