# ARTHUR P. HAVIGHORST II ESQ.

c/o Safari Telecom, Inc.
1 South Corporate Drive
Riverdale, NJ 07457
Phone 201-258-0114

VIA Federal Express



FILED
CLERK, U.S. DISTRICT COURT
11/12/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: smom  DEPUTY

November 8, 2019

US District Court Clerk
United States District Court, Central District of California, Western Division
255 East Temple Street
Los Angeles, CA 90012-3332

Re:   Paramount Pictures Corporation, et als. v. Omniverse One World Television, Inc., et al. v. Hovsat, Inc., et als.
Civil Action No. 2:19-cv-01156-MFW (ASx)

Dear Sir / Madam:

Please accept this letter in lieu of a more formal submission.

A summons and complaint in the above referenced matter was served upon me, ostensibly as the named Agent for the third-party defendant, HovSat, Inc. I am writing to inform the Court that I am <u>not</u> the current Agent for HovSat, Inc.

The following information is plainly set forth in Exhibit 1 to the Complaint. The last annual report filed in the State of New Jersey for HovSat, Inc. was in February, 2010, more than nine (9) years ago. That filing named me as the Agent, which role I consented to at that time for the purposes of that annual report. No subsequent Annual Report has been filed for HovSat, Inc., and no further annual designation of an Agent made, and the company was suspended in the State of New Jersey on June 16, 2012.

After the 2010 Annual Report was filed, I was not asked by Hovsat, Inc. to act as Agent for the company, nor did I agree to act in that capacity at any time after 2010.

US District Court Clerk
8 November 2019
Page Two

I have not had any substantive contact with anyone involved with Hovsat, Inc. since before its charter was suspended in 2012. I have no knowledge of any person's location who may still be involved with Hovsat, Inc. in order to forward the summons and complaint to them, if in fact I were obligated to do so.

I am submitting this so that the record and docket in this matter reflects that the summons and complaint was not served on a currently serving Agent of the named third-party defendant, Hovsat, Inc.

Sincerely,

Arthur Havighorst II, Esq.

C:  R. Joseph Trojan, Esq. (by Federal Express)
    Glenn D. Pomerantz, Esq. (by Federal Express)