UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 19-1156-MWF(ASx)**                                Dated: **November 25, 2019**

Title:    Paramount Pictures Corp., et al. -*v.*- Omniverse One World Television, Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Christine Chung for Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Rose Enler –telephonically                              Stephen D. Milbrath – telephonically
Anne Conley –telephonically

PROCEEDINGS:    TELEPHONIC STATUS CONFERENCE

    Case called, and counsel make their appearances. Court and counsel confer regarding the parties' stipulated consent judgment, the permanent injunction, and the third-party claims.

MINUTES FORM 90                                                                    Initials of Deputy Clerk   CCH
CIVIL – GEN                                                                                              0: 06 min.