JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS. ENTERTAINMENT INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL TELEVISION LLC; and UNIVERSAL CONTENT PRODUCTIONS LLC,<br>        Plaintiffs,<br><br>   vs.<br><br>OMNIVERSE ONE WORLD TELEVISION, INC.; JASON M. DEMEO,<br>        Defendants. | Case No. 2:19-cv-01156-MWF-ASx<br><br>JUDGMENT |
| AND RELATED THIRD-PARTY CLAIMS | |

Plaintiffs Paramount Pictures Corporation, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment Inc., Universal City Studios Productions LLLP, Universal Television LLC, and Universal Content Productions LLC (collectively, "Plaintiffs") brought this action alleging copyright infringement against Omniverse One World Television, Inc. ("Omniverse") and Jason M. Demeo (collectively "Defendants"), on February 14, 2019.

Defendant and Third-Party Plaintiff Omniverse filed a Third Party Complaint against HovSat, Inc. and Shant Hovnanian (collectively "Third Party Defendants") on September 25, 2019.

Plaintiffs and Defendants have stipulated to judgment and a permanent injunction. (Docket No. 58). The stipulation resolves all claims between Plaintiffs and Defendants, but does not resolve Omniverse's claims against Third Party Defendants. Having considered the parties' stipulation, determining that there is no just reason for delay, and good cause appearing under Rule 54(b), 58, and 65(d) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Plaintiffs and against Defendants as follows:

(1) Judgment is entered for Plaintiffs and against Defendants on the Causes of Action in Plaintiffs' Complaint.

(2) Damages are awarded in favor of Plaintiffs and against Defendants, jointly and severally, in the total amount of fifty million dollars ($50 million).

(3) A Permanent Injunction is entered against Defendants by separate Order.

DATED: November 27, 2019

MICHAEL W. FITZGERALD
United Stated District Judge

-1-