AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>2:19-cv-01156 | DATE FILED<br>2/14/2019 | United States District Court for the Central District of California<br>350 W. First Street<br>Los Angeles, CA 90012-4565 |
| PLAINTIFF<br>PARAMOUNT PICTURES CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS. ENTERTAINMENT INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL TELEVISION LLC; and UNIVERSAL CONTENT PRODUCTIONS LLC, | | DEFENDANT<br>Omniverse One World Television, Inc.; Jason M. Demeo |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | See attached Ex. A | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☒ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☒ No | DATE RENDERED<br>11/27/2019 |
|---|---|---|
| CLERK<br>KIRY GRAY | (BY) DEPUTY CLERK<br>Ingrid Valdes | DATE<br>12/2/2019 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**EXHIBIT A**

*Paramount Pictures Corp. et al. v. Omniverse One World Television, Inc. et al.*

**EXHIBIT A TO REPORT OF AN ACTION RE COPYRIGHT**

| Title | Copyright Registrants | Registration Number | Registration Date |
|---|---|---|---|
| Star Trek: Into Darkness | Paramount Pictures Corp. | PA 1-837-943 | May 9, 2013 |
| Super 8 | Paramount Pictures Corp. | PA 1-736-434 | June 9, 2011 |
| Transformers: Dark of the Moon | Paramount Pictures Corp. | PA 1-739-345 | June 29, 2011 |
| Just Go With It | Columbia Pictures Industries, Inc. | PA 1-718-291 | Feb. 10, 2011 |
| The Karate Kid | Columbia Pictures Industries, Inc. | PA 216-986 | July 6, 1984 |
| The Karate Kid: Part II | Columbia Pictures Industries, Inc. | PA 293-353 | June 25, 1986 |
| Grey's Anatomy, Sometimes a Fantasy | Disney Enterprises, Inc. | PA 1-261-689 | Oct. 27, 2006 |
| Pete's Dragon | Disney Enterprises, Inc. | PA 1-998-053 | Aug. 26, 2016 |
| Pirates of the Caribbean: At World's End | Disney Enterprises, Inc. | PA 1-334-112 | July 13, 2007 |
| Secretariat | Disney Enterprises, Inc. | PA 1-706-963 | Nov. 12, 2010 |
| Zootopia | Disney Enterprises, Inc. | PA 1-981-432 | Apr. 6, 2016 |
| Deadpool | Twentieth Century Fox Film Corp. | PA 1-977-152 | Mar. 4, 2016 |
| Ice Age: The Meltdown | Twentieth Century Fox Film Corp. | PA 1-306-625 | Mar. 31, 2006 |

| Ice Age: Collision Course | Twentieth Century Fox Film Corp. | PA 1-995-002 | July 27, 2016 |
|---|---|---|---|
| Independence Day: Resurgence | Twentieth Century Fox Film Corp. | PA 1-944-450 | July 22, 2016 |
| War for the Planet of the Apes | Twentieth Century Fox Film Corp. | PA 2-044-947 | July 25, 2017 |
| Modern Family, The Old Wagon | Twentieth Century Fox Film Corp. | PA 1-703-139 | Oct. 7, 2010 |
| Modern Family, The Kiss | Twentieth Century Fox Film Corp. | PA 1-705-571 | Oct. 20, 2010 |
| Modern Family, Earthquake | Twentieth Century Fox Film Corp. | PA 1-705-605 | Oct. 20, 2010 |
| Modern Family, Strangers on a Treadmill | Twentieth Century Fox Film Corp. | PA 1-705-536 | Oct. 20, 2010 |
| Modern Family, Unplugged | Twentieth Century Fox Film Corp. | PA 1-708-078 | Nov. 9, 2010 |
| Modern Family, Halloween | Twentieth Century Fox Film Corp. | PA 1-709-234 | Nov. 24, 2010 |
| Modern Family, Chirp | Twentieth Century Fox Film Corp. | PA 1-709-236 | Nov. 24, 2010 |
| Modern Family, Manny Get Your Gun | Twentieth Century Fox Film Corp. | PA 1-713-023 | Dec. 17, 2010 |
| Modern Family, Mother Tucker | Twentieth Century Fox Film Corp. | PA 1-713-018 | Dec. 17, 2010 |
| Modern Family, Dance Dance Revelation | Twentieth Century Fox Film Corp. | PA 1-716-796 | Jan. 12, 2011 |

| Modern Family, Slow Down Your Neighbors | Twentieth Century Fox Film Corp. | PA 1-717-738 | Jan. 25, 2011 |
|---|---|---|---|
| Modern Family, Our Children Ourselves | Twentieth Century Fox Film Corp. | PA 1-717-815 | Feb. 2, 2011 |
| Modern Family, Caught In the Act | Twentieth Century Fox Film Corp. | PA 1-717-848 | Feb. 2, 2011 |
| Modern Family, Bixby's Back | Twentieth Century Fox Film Corp. | PA 1-720-494 | Feb. 18, 2011 |
| Modern Family, Princess Party | Twentieth Century Fox Film Corp. | PA 1-725-902 | Mar. 3, 2011 |
| Modern Family, Regrets Only | Twentieth Century Fox Film Corp. | PA 1-725-905 | Mar. 3, 2011 |
| Modern Family, Two Monkeys and a Panda | Twentieth Century Fox Film Corp. | PA 1-725-777 | Mar. 18, 2011 |
| Modern Family, Boys' Night | Twentieth Century Fox Film Corp. | PA 1-735-792 | April 21, 2011 |
| Modern Family, The Musical Man | Twentieth Century Fox Film Corp. | PA 1-735-496 | May 19, 2011 |
| Modern Family, Someone to Watch Over Lily | Twentieth Century Fox Film Corp. | PA 1-735-502 | May 19, 2011 |
| Modern Family, Mother's Day | Twentieth Century Fox Film Corp. | PA 1-735-497 | May 19, 2011 |
| Modern Family, Good Cop, Bad Dog | Twentieth Century Fox Film Corp. | PA 1-735-549 | May 19, 2011 |
| Modern Family, See You Next Fall | Twentieth Century Fox Film Corp. | PA 1-745-913 | July 14, 2011 |

| Modern Family, The One that Got Away | Twentieth Century Fox Film Corp. | PA 1-745-994 | July 14, 2011 |
|---|---|---|---|
| Dunkirk | Warner Bros. Entertainment Inc. | PA 2-044-585 | July 20, 2017 |
| Gravity | Warner Bros. Entertainment Inc. | PA 1-869-301 | Nov. 20, 2013 |
| Harry Potter and the Order of the Phoenix | Warner Bros. Entertainment Inc. | PA 1-355-547 | Sept. 21, 2007 |
| Harry Potter and the Deathly Hallows: Part I | Warner Bros. Entertainment Inc. | PA 1-721-904 | Mar. 4, 2011 |
| Wonder Woman | Warner Bros. Entertainment Inc. | PA 2-036-078 | June 6, 2017 |
| The Danish Girl | Universal City Studios Productions LLLP | PA 1-968-106 | Nov. 30, 2015 |
| Robin Hood | Universal City Studios Productions LLLP | PA 1-685-053 | May 13, 2010 |
| Secret Life of Pets | Universal City Studios Productions LLLP | PA 1-992-458 | June 24, 2016 |
| The Huntsman: Winter's War | Universal City Studios Productions LLLP | PA 1-994-271 | May 3, 2016 |
| Chicago P.D., The Price We Pay | Universal Television LLC | PA 1-898-417 | Mar. 19, 2014 |
| Chicago P.D., Erin's Mom | Universal Television LLC | PA 1-950-501 | Mar. 6, 2015 |
| Chicago P.D., What Do You Do | Universal Television LLC | PA 1-950-372 | Mar. 9, 2015 |

| | | | |
|---|---|---|---|
| Chicago P.D., What Puts You on That Ledge | Universal Television LLC | PA 1-950-369 | Mar. 9, 2015 |
| The Magicians, Mendings, Major and Minor | Universal Content Productions LLC | PA-1-977-309 | Feb. 25, 2016 |