# EXHIBIT 1

```
Status Report For:       HOVSAT, INC.
Report Date:             9/24/2019
Confirmation Number:     92671809801
```

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION**

```
Business ID Number:      0100242479
Business Type:           DOMESTIC PROFIT CORPORATION
Status:                  REVOKED FOR NOT FILING ANNUAL REPORT FOR 2
                         CONSECUTIVE YEARS
Original Filing Date:    11/19/1984
Stock Amount:            2500
Home Jurisdiction:       NJ
Status Change Date:      NOT APPLICABLE
```

**REVOCATION/SUSPENSION INFORMATION**

```
DOR Suspension Start     06-16-2012
Date:
DOR Suspension End       N/A
Date:
Tax Suspension Start     N/A
Date:
Tax Suspension End       N/A
Date:
```

**ANNUAL REPORT INFORMATION**

```
Annual Report Month:     NOVEMBER
Last Annual Report       02/08/2010
Filed:
Year:                    2009
```

**AGENT/SERVICE OF PROCESS (SOP)INFORMATION**

```
Agent:                   ARTHUR HAVIGHORST
Agent/SOP Address:       1 DAG HAMMARSKJOLK BLVD ,FREEHOLD,NJ,07728
Address Status:          DELIVERABLE
Main Business Address:   DAG HAMMARSKJOLD BLVD., SUITE 12, FREEHOLD,
                         NJ, 07728
Principal Business       DAG HAMMARSKJOLD BLVD.,
Address:                 SUITE12,FREEHOLD,NJ,07728
```

**ASSOCIATED NAMES**

```
Associated Name:         GRAND VIEW CABLE
Type:                    FC
```

**PRINCIPALS**

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

```
Title:       PRESIDENT
Name:        HOVNANIAN,VAHAK
Address:     1 DAG HAMMARSKJOLD BLVD, FREEHOLD, NJ, 07728
```

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

```
Original Filing        1984
(Certificate)Date:
```

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| CHANGE OF AGENT AND OFFICE | 2003 |
| CHANGE OF AGENT AND OFFICE | 1996 |
| REVOKED FOR FAILURE TO PAY ANNUAL REPORTS | 2012 |
| ALTERNATE NAME FILING | 1991 |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.