# EXHIBIT 3

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:19-cv-01156-MWF-AS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HovSat, Inc. c/o ARTHUR HAVIGHORST, Reg Agent was received by me on *(date)* Oct 4, 2019, 3:00 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ARTHUR HAVIGHORST , who is designated by law to accept service of process on behalf of *(name of organization)* HovSat, Inc. on *(date)* Wed, Oct 09 2019 ; or

☐ I returned the subpoena unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/10/2019

*Server's signature*

Patrick Persicano

*Printed name and title*

PO Box 131, Lakewood, NJ 08701

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 9, 2019, 4:37 pm EDT at Safari Telecom Inc: 1 S Corporate Dr, Riverdale, NJ 07457 received by ARTHUR HAVIGHORST, Reg Agent. Age: 60; Ethnicity: Caucasian; Gender: Male; Weight: 175; Height: 5'9"; Hair: Gray; Eyes: Blue;