R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
Francis Wong, CA Bar No. 284,946
wong@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: 310-777-8399
Facsimile: 310-777-8348

STEPHEN D. MILBRATH (*pro hac vice*)
smilbrath@byrdcampbell.com
BYRD CAMPBELL, P.A.
180 N. Park Avenue, Suite 2A
Winter Park, FL, 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286

Attorneys for Defendants and Third-Party Plaintiff,
OMNIVERSE ONE WORLD TELEVISION, INC. and JASON M. DEMEO

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS ENTERTAINMENT, INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL TELEVISION LLC; and UNIVERSAL CONTENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br>v.<br>OMNIVERSE ONE WORLD TELEVISION, INC.; JASON M. DEMEO,<br><br>Defendants.<br><br>OMNIVERSE ONE WORLD TELEVISION, INC.,<br>Third-Party Plaintiff,<br>v.<br>HovSat, Inc.; Shant Hovnanian; and DOES 1-10, inclusive,<br><br>Third-Party Defendants. | CASE NO. 2:19-cv-01156-MFW-ASx<br><br>**[PROPOSED] ORDER GRANTING THIRD-PARTY PLAINTIFF OMNIVERSE ONE WORLD TELEVISION, INC.'S MOTION FOR DEFAULT JUDGMENT AGASINT THIRD-PARTY DEFENDANT HOVSAT, INC.**<br><br>Judge: Hon. Michael W. Fitzgerald |

After consideration of Third-Party Plaintiff Omniverse One World Television, Inc.'s ("Omniverse") Motion for Default Judgment, the Declaration of R. Joseph Trojan, and the pleadings, files, and records of this matter,

**THE COURT HEREBY FINDS THE FOLLOWING:**

1. Omniverse has sufficiently shown that not entering Default Judgment against HovSat, Inc. ("HovSat") will prejudice Omniverse;

2. Omniverse has set forth well-pleaded allegations and facts in its Third-Party Complaint and has made a sufficient showing of the following Counts:

    a) Count 2: Breach of Contract;

    b) Count 3: Negligent Misrepresentation;

    c) Count 4: Fraudulent Misrepresentation;

    d) Count 5: Breach of Implied Warranty of Title and Against Infringement under UCC § 2-312; and

    e) Count 6: Breach of Implied Covenant of Good Faith and Fair Dealing under UCC § 1-304;

3. The sum of money at stake is proper in relation to the seriousness of HovSat's fraudulent misrepresentations;

4. Omniverse has provided sufficiently well-pleaded facts in the Third-Party Complaint such that there is no possibility of dispute concerning the material facts;

5. No facts before the Court indicate that HovSat's default is due to excusable neglect;

6. Granting Default Judgment against HovSat will not go against the strong policy underlying the Federal Rules of Civil Procedure favoring decisions on the merits; and

7. The damages requested by Omniverse constitute one injury giving rise

-1-

to one claim of relief in the amount of $50,000,000 against HovSat.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Third-Party Plaintiff Omniverse's Motion for Default Judgment against HovSat is **GRANTED.**

Dated: _____    _____
                          Honorable Michael W. Fitzgerald
                          United States District Judge

# CERTIFICATE OF SERVICE

I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above entitled action. My business address is 9250 Wilshire Blvd., Suite 325, Beverly Hills, California 90212.

On January 30, 2020, I served:

-THIRD-PARTY PLAINTIFF OMNIVERSE ONE WORLD TELEVISION, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST THIRD-PARTY DEFENDANT HOVSAT INC.;
-DECLARATION OF R. JOSEPH TROJAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT;
-EXHIBIT 1 TO DECLARATIO OF R. JOSEPH TROJAN;
-MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR DEFAULT JUDGMENT AGAINST HOVSAT;
-PROPOSED ORDER GRANTING DEFAULT JUDGMENT AGAINST HOVSAT;
PROPOSED JUDGMENT; and
-this PROOF OF SERVICE

By transmitting to:

Arthur P. Havinghorst II ESQ., Registered Agent of HovSat, Inc.
c/o Safari Telecom, Inc.
1 South Corporate Drive
Riverdale, NJ 07457

[X] BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service and Federal Express on the same day with postage thereon fully prepaid at Beverly Hills, California, in the ordinary course of business. I am aware that on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing shown on this proof of service.

[X] FEDERAL: I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the bar of at whose direction the service was made.

-

Executed on January 30, 2020, at Beverly Hills, California.

_____
Michiko Speier

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January 2020, I caused to have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Rose Leda Ehler    dkt-filings@mto.com, cynthia.soden@mto.com, rose.ehler@mto.com

Melinda E LeMoine    loren.rives@mto.com, melinda.lemoine@mto.com

Usha Chilukuri Vance    aileen.beltran@mto.com, raphael.sepulveda@mto.com, usha.vance@mto.com

Anne K Conley    carol.jette@mto.com, anne.conley@mto.com

Glenn D Pomerantz    cherryl.tillotson@mto.com, glenn.pomerantz@mto.com

Mark R Yohalem    mark.yohalem@mto.com

TROJAN LAW OFFICES

by

/s/ R. Joseph Trojan
R. Joseph Trojan
9250 Wilshire Blvd.
Beverly Hills, CA
Attorney for Defendants and
 Third-Party Plaintiff,
OMNIVERSE ONE WORLD
TELEVISION, INC., and
JASON M. DEMEO

-