R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
Francis Wong, CA Bar No. 284,946
wong@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: 310-777-8399
Facsimile: 310-777-8348

STEPHEN D. MILBRATH (*pro hac vice*)
smilbrath@byrdcampbell.com
BYRD CAMPBELL, P.A.
180 N. Park Avenue, Suite 2A
Winter Park, FL, 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286

Attorneys for Defendants and Third-Party Plaintiff,
OMNIVERSE ONE WORLD TELEVISION, INC. and JASON M. DEMEO

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS ENTERTAINMENT, INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL TELEVISION LLC; and UNIVERSAL CONTENT PRODUCTIONS LLC,<br><br>Plaintiffs,<br>v.<br>OMNIVERSE ONE WORLD TELEVISION, INC.; JASON M. DEMEO,<br>Defendants.<br><br>OMNIVERSE ONE WORLD TELEVISION, INC.,<br>Third-Party Plaintiff,<br>v.<br>HovSat, Inc.; Shant Hovnanian; and DOES 1-10, inclusive,<br>Third-Party Defendants. | CASE NO. 2:19-cv-01156-MFW-ASx<br><br>**THIRD-PARTY PLAINTIFF OMNIVERSE ONE WORLD TELEVISION, INC.'S AMENDED NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST THIRD-PARTY DEFENDANT HOVSAT, INC.**<br><br>Date: March 2, 2020<br>Time: 10:00 am<br>Courtroom 5A<br><br>Judge: Hon. Michael W. Fitzgerald |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on March 2, 2020 at 10:00 am, or as soon thereafter as the matter may be heard, in Courtroom 5A of the above-captioned Court, located at 350 West 1st Street, Los Angeles, CA 90012, Third-Party Plaintiff Omniverse One World Television ("Omniverse"), by and through its counsel, will move for entry of Default Judgment against Third-Party Defendant HovSat, Inc. ("HovSat"). This Motion is made on the grounds that HovSat has failed to timely respond to the Summons and Third-Party Complaint and the Clerk of the Court has entered HovSat's default pursuant to the Federal Rules of Civil Procedure.

HovSat and Omniverse could not meet and confer pursuant to Local Rule 7-3 because HovSat has not appeared in this case or responded to the Summons, Third-Party Complaint, or the Application for Default. Additionally, other than the November 12, 2019 letter from HovSat's Registered Agent Mr. Arthur Havinghorst (*see* Dkt. #59), HovSat has not attempted to contact Omniverse or its counsel. A copy of this notice, motion, and supporting papers have been mailed to Mr. Havinghorst at c/o Safari Telecom, Inc., 1 South Corporate Drive, Riverdale, New Jersey 07457, the address listed for HovSat's agent for service of process according to the New Jersey Secretary of State.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, supporting declarations and exhibits, the pleadings, the Clerk's entry of default on December 27, 2019 (Dkt. # 70), the complete files and records of this action, and such other matters as the Court may deem just and proper to consider this Motion.

//

//

//

MOTION FOR DEFAULT JUDGMENT           -1-

Respectfully Submitted,

TROJAN LAW OFFICES

by

January 30, 2020

/s/R. Joseph Trojan
R. Joseph Trojan
Attorneys for Defendants and Third-Party Plaintiff,
Omniverse One World Television, Inc. and Jason M. DeMeo

BYRD CAMPBELL, P.A.

by

/s/Stephen D. Milbrath
Stephen D. Milbrath
Attorneys for Defendants and Third-Party Plaintiff,
Omniverse One World Television, Inc. and Jason M. DeMeo

# CERTIFICATE OF SERVICE

I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above entitled action. My business address is 9250 Wilshire Blvd., Suite 325, Beverly Hills, California 90212.

On January 30, 2020, I served:

- **NOTICE OF ERRATA RE THIRDPARTY PLAINTIFF OMNIVERSE ONE WORLD TELEVISION, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST THIRD-PARTY DEFENDANT HOVSAT, INC. (Dkt. #72.)**

- **THIRD-PARTY PLAINTIFF OMNIVERSE ONE WORLD TELEVISION, INC.'S AMENDED NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST THIRD-PARTY DEFENDANT HOVSAT, INC.**

By transmitting to:

Arthur P. Havinghorst II ESQ., Registered Agent of HovSat, Inc.
c/o Safari Telecom, Inc.
1 South Corporate Drive
Riverdale, NJ 07457

[X] BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service and Federal Express on the same day with postage thereon fully prepaid at Beverly Hills, California, in the ordinary course of business. I am aware that on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing shown on this proof of service.

[X] FEDERAL: I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the bar of at whose direction the service was made.

-

1  Executed on January 30, 2020, at Beverly Hills, California.

Michiko Speier

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January 2020, I caused to have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Rose Leda Ehler    dkt-filings@mto.com, cynthia.soden@mto.com, rose.ehler@mto.com

Melinda E LeMoine    loren.rives@mto.com, melinda.lemoine@mto.com

Usha Chilukuri Vance    aileen.beltran@mto.com, raphael.sepulveda@mto.com, usha.vance@mto.com

Anne K Conley    carol.jette@mto.com, anne.conley@mto.com

Glenn D Pomerantz    cherryl.tillotson@mto.com, glenn.pomerantz@mto.com

Mark R Yohalem    mark.yohalem@mto.com

TROJAN LAW OFFICES

by

/s/ R. Joseph Trojan
R. Joseph Trojan
9250 Wilshire Blvd.
Beverly Hills, CA
Attorney for Defendants and
 Third-Party Plaintiff,
OMNIVERSE ONE WORLD
TELEVISION, INC., and
JASON M. DEMEO

-