| | |
|---|---|
| R. Joseph Trojan, CA Bar No. 137,067<br>trojan@trojanlawoffices.com<br>Dylan C. Dang, CA Bar No. 223,455<br>dang@trojanlawoffices.com<br>Francis Wong, CA Bar No. 284,946<br>wong@trojanlawoffices.com<br>TROJAN LAW OFFICES<br>9250 Wilshire Blvd., Suite 325<br>Beverly Hills, CA  90212<br>Telephone:   310-777-8399<br>Facsimile:    310-777-8348 | STEPHEN D. MILBRATH (*pro hac vice*)<br>smilbrath@byrdcampbell.com<br>BYRD CAMPBELL, P.A.<br>180 N. Park Avenue, Suite 2A<br>Winter Park, FL, 32789<br>Telephone: (407) 392-2285<br>Facsimile: (407) 392-2286<br><br>Attorneys for Defendants and Third-Party Plaintiff,<br>OMNIVERSE ONE WORLD TELEVISION, INC. and JASON M. DEMEO |

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS ENTERTAINMENT, INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL TELEVISION LLC; and UNIVERSAL CONTENT PRODUCTIONS LLC,<br>　　　　　　Plaintiffs,<br>　v.<br>OMNIVERSE ONE WORLD TELEVISION, INC.; JASON M. DEMEO,<br>　　　　　　Defendants.<br><br>OMNIVERSE ONE WORLD TELEVISION, INC.,<br>　　　　　　Third-Party Plaintiff,<br>　v.<br>HovSat, Inc.; Shant Hovnanian; and DOES 1-10, inclusive,<br>　　　　　　Third-Party Defendants. | CASE NO. 2:19-cv-01156-MFW-ASx<br><br>**THIRD-PARTY PLAINTIFF OMNIVERSE ONE WORLD TELEVISION, INC.'S NOTICE OF FILING OF PROOF OF ALTERNATIVE SERVICE ON HOVSAT, INC. PURSUANT TO N.J.S.A. 2A:15-30.1**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. Michael W. Fitzgerald |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Third-Party Plaintiff OMNIVERSE ONE WORLD TELEVISION, INC. respectfully submits the attached Proof of Service, made by alternative service pursuant to N.J.S.A. 2A:15-30.1, of the following documents: Summons; Third-Party Plaintiff Omniverse One World Television, Inc.'s Third-Party Complaint For Indemnification, Breach of Contract, Negligent Misrepresentation, Fraudulent Misrepresentation, Breach of Implied Warranty of Title and Against Infringement, and Breach of Covenant of Good Faith And Fair Dealing; Civil Coversheet; and Declaration of Kevin R. Davis in Support of Alternative Service Pursuant to N.J.S.A. 2A:15-30.1. The Proof of Service is attached as Exhibit 1 to the accompanying Declaration of Kevin R. Davis in Support of Omniverse's Notice of Filing of Proof of Alternative Service on HovSat, Inc. pursuant to N.J.S.A. 2A:15-30.1.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | TROJAN LAW OFFICES |
|  | by |
| September 9, 2020 | /s/R. Joseph Trojan |
|  | R. Joseph Trojan |
|  | Attorneys for Defendants and Third-Party Plaintiff, |
|  | Omniverse One World Television, Inc. and Jason M. DeMeo |

-1-

BYRD CAMPBELL, P.A.

by

/s/Stephen D. Milbrath
Stephen D. Milbrath
Attorneys for Defendants and Third-Party Plaintiff,
Omniverse One World Television, Inc. and Jason M. DeMeo

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September 2020, I caused to have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Rose Leda Ehler    dkt-filings@mto.com, cynthia.soden@mto.com, rose.ehler@mto.com

Melinda E LeMoine    loren.rives@mto.com, melinda.lemoine@mto.com

Usha Chilukuri Vance    aileen.beltran@mto.com, raphael.sepulveda@mto.com, usha.vance@mto.com

Anne K Conley    carol.jette@mto.com, anne.conley@mto.com

Glenn D Pomerantz    cherryl.tillotson@mto.com, glenn.pomerantz@mto.com

Mark R Yohalem    mark.yohalem@mto.com

TROJAN LAW OFFICES

by

/s/ R. Joseph Trojan
R. Joseph Trojan
9250 Wilshire Blvd.
Beverly Hills, CA
Attorney for Defendants and
 Third-Party Plaintiff,
OMNIVERSE ONE WORLD
TELEVISION, INC., and
JASON M. DEMEO

-