R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
Francis Wong, CA Bar No. 284,946
wong@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:    310-777-8348

STEPHEN D. MILBRATH (*pro hac vice*)
smilbrath@byrdcampbell.com
BYRD CAMPBELL, P.A.
180 N. Park Avenue, Suite 2A
Winter Park, FL, 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286

Attorneys for Defendants and Third-Party Plaintiff,
OMNIVERSE ONE WORLD TELEVISION, INC. and JASON M. DEMEO

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS ENTERTAINMENT, INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL TELEVISION LLC; and UNIVERSAL CONTENT PRODUCTIONS LLC,<br><br>    Plaintiffs,<br> v.<br>OMNIVERSE ONE WORLD TELEVISION, INC.; JASON M. DEMEO,<br>    Defendants.<br><br>OMNIVERSE ONE WORLD TELEVISION, INC.,<br>    Third-Party Plaintiff,<br> v.<br>HovSat, Inc.; Shant Hovnanian; and DOES 1-10, inclusive,<br>    Third-Party Defendants. | CASE NO. 2:19-cv-01156-MFW-ASx<br><br>**DECLARATION OF KEVIN R. DAVIS IN SUPPORT OF THIRD-PARTY PLAINTIFF OMNIVERSE ONE WORLD TELEVISION, INC.'S NOTICE OF FILING OF PROOF OF ALTERNATIVE SERVICE ON HOVSAT, INC. PURSUANT TO N.J.S.A. 2A:15-30.1**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. Michael W. Fitzgerald |

TROJAN LAW OFFICES
BEVERLY HILLS

I, Kevin R. Davis, hereby declare and state that:

1. I am an attorney at law, duly licensed to practice law in the State of California and in the United States District Court for the Central District of California. I am an attorney at Trojan Law Offices, the attorneys of record for third-party plaintiff Omniverse One World Television, Inc. ("Omniverse") in the above referenced action. If called upon to do so, I could and would testify that:

2. As suggested by the Court (*see* Dkt. #78), and pursuant to N.J.S.A. § 2A:15-30.1(b), process may be served on the State official or agency if the business entity has failed to re-register as required by law, or if the business entity has failed to maintain a registered agent in New Jersey for service of process as required by law.

3. As reflected by the Mr. Havinghorst's letter (Dkt. #59) and HovSat, Inc.'s Entity Status Report, (Dkt. #72-4), HovSat, Inc. has failed re-register as required by law, and has failed to maintain a registered agent in New Jersey for service of process, as required by law.

4. Pursuant to N.J.S.A. § 2A:15-30.1(b), on August 28, 2020, the following documents were served on the New Jersey Department of Treasury by serving the documents in a secure Dropbox with a check, as reflected by the Proof of Service attached as Exhibit 1: Summons, Third-Party Complaint, Civil Coversheet, and Declaration of Kevin R. Davis in Support of Alternative Service Pursuant to N.J.S.A. 2A:15-30.1.

5. Due to the closure of the physical location of the New Jersey Department of Treasury because of COVID-19, I emailed the New Jersey Department of Treasury on September 2, 2020 to confirm the New Jersey Department of Treasury had properly received the Summons for HovSat, Inc., as reflected by the email attached as Exhibit 2.

-1-

6. On September 8, 2020, Teresa Jewell of the New Jersey Department of Treasury, Division of Revenue and Enterprise Service confirmed that the New Jersey Department of Treasury received the Third-Party summons for HovSat, Inc., as reflected by the emails attached as Exhibit 3. Hence, service is complete under N.J.S.A. § 2A:15-30.1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 9th day of September, 2020 in Beverly Hills, California.

/s/Kevin R. Davis
Kevin R. Davis

-2-

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September 2020, I caused to have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Rose Leda Ehler    dkt-filings@mto.com, cynthia.soden@mto.com, rose.ehler@mto.com

Melinda E LeMoine    loren.rives@mto.com, melinda.lemoine@mto.com

Usha Chilukuri Vance    aileen.beltran@mto.com, raphael.sepulveda@mto.com, usha.vance@mto.com

Anne K Conley    carol.jette@mto.com, anne.conley@mto.com

Glenn D Pomerantz    cherryl.tillotson@mto.com, glenn.pomerantz@mto.com

Mark R Yohalem    mark.yohalem@mto.com

TROJAN LAW OFFICES

by

/s/ R. Joseph Trojan
R. Joseph Trojan
9250 Wilshire Blvd.
Beverly Hills, CA
Attorney for Defendants and
 Third-Party Plaintiff,
OMNIVERSE ONE WORLD
TELEVISION, INC., and
JASON M. DEMEO

-