# EXHIBIT 1

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:19-cv-01156-MWF-AS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Department of Treasury</u> was received by me on *(date)* <u>Aug 27,</u> <u>2020, 2:17 pm.</u>

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐   I returned the subpoena unexecuted because: _____ ; or

☒   Other: <u>Served in secure Dropbox with check</u> ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 08/28/2020

*Server's signature*

Sharon McCabe-Villa

*Printed name and title*

PO Box 131, Lakewood, NJ 08701

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 28, 2020, 10:48 am EDT at 33 W State St, Trenton, NJ 08608 received by Department of Treasury. Other: Served in secure Dropbox with check;