JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; WARNER BROS ENTERTAINMENT, INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL TELEVISION LLC; and UNIVERSAL CONTENT PRODUCTIONS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> OMNIVERSE ONE WORLD TELEVISION, INC.; JASON M. DEMEO, <br><br> Defendants. | Case No. 2:19-cv-1156-MWF (PVCx) <br><br> **DEFAULT JUDGMENT** |

The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, pursuant to Third-Party Plaintiff Omniverse One World Television Inc.'s ("Omniverse") Motion for Default Judgment (the "Motion"). (Docket No. 87).

1

Third-Party Defendant HovSat, Inc. ("HovSat") was served with process through alternative means under New Jersey Statute 2A:15- 30.1 but failed to plead or otherwise defend this action. Default was entered against Defendant on December 7, 2020. (Docket No. 86). Omniverse has now requested entry of default judgment against HovSat. Having considered Omniverse's Motion and supporting papers, and good cause appearing under Rules 54, 55(b), and 58 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment in favor of Omniverse be entered as follows:

1. Judgment in the amount of $50,000,000 for each count below shall be construed as a remedy for a single injury. Accordingly, to the extent the Judgment is satisfied with respect to any of the counts below, then the Judgment is so satisfied with respect to them all;

2. Judgment is entered on Count 2 of the Third-Party Complaint for breach of contract against HovSat and in favor of Omniverse in the amount of fifty million dollars ($50,000,000);

3. Judgment is entered on Count 3 of the Third-Party Complaint for negligent misrepresentation against HovSat and in favor of Omniverse in the amount of fifty million dollars ($50,000,000);

4. Judgment is entered on Count 4 of the Third-Party Complaint for fraudulent misrepresentation against HovSat and in favor of Omniverse in the amount of fifty million dollars ($50,000,000) based on HovSat's fraudulent misrepresentation of material facts relating to HovSat's right to distribute copyright content;

5. Judgment is entered on Count 5 of the Third-Party Complaint for breach of the implied warranty of title and against infringement under UCC § 2-312 against HovSat and in favor of Omniverse in the amount of fifty million dollars ($50,000,000); and,

6. Judgment is entered on Count 6 of the Third-Party Complaint for violation of UCC § 1-304 against HovSat and in favor of Omniverse in the amount of fifty million dollars ($50,000,000).

Dated: February 1, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge